IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEVADA
LAS VEGAS DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA** and **THE STATE OF NEVADA** *ex rel.* Thomas Mooney, and **THOMAS MOONEY,** individually,<br><br>             Plaintiffs,<br><br>        v.<br><br>**FIFE DERMATOLOGY, PC, d/b/a SURGICAL DERMATOLOGY & LASER CENTER, et al.**,<br><br>             Defendants. | No. 2:17-CV-02191-JCM-DJA |

**STIPULATION OF TIME TO ANSWER
OR OTHERWISE RESPOND TO COMPLAINT**
(First Request)

Plaintiff Thomas Mooney and Defendant Vivida Dermatology f/k/a Fife Dermatology, PC, d/b/a Surgical Dermatology & Laser Center, by and through their undersigned counsel, hereby stipulate and agree that Defendant shall answer or otherwise respond to the Complaint in this matter on or before April 16, 2021. This is the first such stipulation or request made in this matter, and it is made in order to allow the parties time to explore the possibility of early resolution of their dispute, without involving the Court.

Date:   March 24, 2021

Respectfully submitted,        **BROWN, LLC**
                               (formerly JTB Law Group, LLC)

                               */s/ Patrick S. Almonrode*
                               Patrick S. Almonrode *pro hac vice*
                               Jason T. Brown *pro hac vice*
                               111 Town Place Square, Suite 400
                               Jersey City, NJ 07310
                               (877) 561-0000 (office)

(855) 582-5297 (fax)
*patalmonrode@jtblawgroup.com*
*jtb@jtblawgroup.com*
*Attorneys for Plaintiff*

**SNELL & WILMER L.L.P.**

*/s/ Paul Swenson Prior*
Paul Swenson Prior, Esq.
Nevada Bar No. 9324
Hayley J. Cummings, Esq.
Nevada Bar No. 14858
3883 Howard Hughes Parkway, Suite 1100
Las Vegas, NV 89169
Telephone: (702) 784-5200
Facsimile: (702) 784-5252
*sprior@swlaw.com*
*hcummings@swlaw.com*
*Attorneys for Defendant*

IT IS SO ORDERED:

_____
DANIEL J. ALBREGTS
UNITED STATES MAGISTRATE JUDGE

DATED: March 25, 2021