# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEVADA

THOMAS MOONEY,

        Plaintiff(s),

vs.

FIFE DERMATOLOGY, PC, et al.,

        Defendant(s).

No. 2:17-cv-02191-JCM-DJA

## SUBSTITUTION OF ATTORNEY

Thomas Mooney (Name of Party) Plaintiff, hereby substitutes

James P. Kemp / Kemp & Kemp (New Attorney)

(Address): 7435 W. Azure Drive, Suite 110, Las Vegas, NV 89130

(Telephone): 702-258-1183, as attorney of record in place and stead of: Patrick S. Almonrode and Jason T. Brown / Brown, LLC (Present Attorney)

DATED: June 30, 2021

(Signature of Party)

I consent to the above substitution.

DATED: June 29, 2021

(Signature of Present Attorney)

. . .

. . .

. . .

1

Doc ID: 36d116318acebe5742074ee0c0aa67b92672a395

1  I am duly admitted to practice in this District.
2  Above substitution accepted.
3  DATED: July 1, 2021                    /s/ James P. Kemp
                                          (Signature of New Attorney)
4
5
6  Please check one: ☒ RETAINED, or _____ APPOINTED BY THE COURT
7
                                    APPROVED:
8
9  DATED: July 6, 2021               *[signature: Elayna J. Youchah]*
10                                   ~~UNITED STATES DISTRICT JUDGE~~
11                                   **UNITED STATES MAGISTRATE JUDGE**

2

Doc ID: 36d116318acebe5742074ee0c0aa67b92672a395