CHRISTIAN M. MORRIS, ESQ.
Nevada Bar No. 11218
NETTLES | MORRIS
1389 Galleria Drive, Suite 200
Henderson, Nevada 89014
Telephone: (702) 434-8282
Facsimile: (702) 434-1488
christian@nettlesmorris.com
*Local Counsel for Plaintiff*

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEVADA**

| | |
|---|---|
| THOMAS MOONEY, | CASE NO.: 2:17-cv-02191-JCM-~~DJA~~ EJY |
| Plaintiff, | |
| vs. | |
| FIFE DERMATOLOGY, PC, et al., | **MOTION TO WITHDRAW AS COUNSEL** |
| Defendant(s). | |

Christian M. Morris, Esq. of the law firm NETTLES | MORRIS, hereby moves this Honorable Court for an Order to Withdraw as counsel of record. This Motion is based upon the following Points and Authorities, Declaration of Counsel attached hereto, and upon any arguments of counsel or Plaintiff to be permitted at the time of the hearing of this Motion.

DATED this 13th day of July, 2021.

NETTLES | MORRIS

*/s/ Christian M. Morris* _____
CHRISTIAN M. MORRIS, ESQ.
Nevada Bar No. 11218
1389 Galleria Drive, Suite 200
Henderson, Nevada 89014
*Local Counsel for Plaintiff*

## **POINTS AND AUTHORITIES**

Local Rule IA 11-6 provides for the withdrawal or change of attorney by written motion. The undersigned was retained as local counsel to represent the interests of Plaintiff to pursue this action along with co-counsel Patrick S. Almonrode, Esq. and Jason T. Brown, Esq. of Brown,

1

NETTLES | MORRIS
1389 Galleria Drive, Suite 200
Henderson, NV 89014
702.434.8282 / 702.434.1488 (fax)

LLC. However, while in the course of advocating Plaintiff's claim, Plaintiff acquired new counsel (ECF 50). Accordingly, Ms. Morris' withdrawal from this case will have no effect on the Plaintiff as he is being represented by James P. Kemp, Esq. of Kemp & Kemp Law Firm as listed on the Court's CM/ECF system. However, in accordance with the Rule, Plaintiff will receive notice of Ms. Morris' intent to withdraw via the United States Postal Service. Additionally, opposing counsel in this case will receive notice of this Motion to Withdraw via the CM/ECF system, pursuant to the certificate of service attached herein.

Finally, Local Rule IA 11-6 provides that "no withdrawal . . . shall be approved if delay of discovery, the trial or any hearing in the case would result." Here, no delay of any kind will result from Ms. Morris' withdraw because the Plaintiff in this matter is still represented by Kemp & Kemp Law Firm, having previously appeared before this Court. Ms. Morris' withdrawal will not prejudice either party or delay any proceeding in this matter and Ms. Morris files the present motion in compliance of the rules in order to accurately reflect she is not representing Plaintiff.

## **CONCLUSION**

For the reasons set forth above, Ms. Morris respectfully moves this Court enter an Order approving the withdrawal of Ms. Morris as a representing attorney for the Plaintiff in the instant matter.

DATED this 13th day of July, 2021.

NETTLES | MORRIS

*/s/ Christian M. Morris*
CHRISTIAN M. MORRIS, ESQ.
Nevada Bar No. 11218
1389 Galleria Drive, Suite 200
Henderson, Nevada 89014
*Local Counsel for Plaintiff*

**IT IS SO ORDERED:**

**UNITED STATES MAGISTRATE JUDGE**

**DATED:** July 14, 2021