JAMES P. KEMP, ESQUIRE
Nevada Bar No. 006375
KEMP & KEMP, ATTORNEYS AT LAW
7435 W. Azure Drive, Suite 110,
Las Vegas, NV  89130
(702) 258-1183 tel./(702) 258-6983 fax
jp@kemp-attorneys.com
Attorney for Plaintiff Thomas Mooney

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| THOMAS MOONEY,<br><br>                     Plaintiff,<br><br>     v.<br><br>FIFE DERMATOLOGY, PC, d/b/a SURGICAL DERMATOLOGY & LASER CENTER; DOUGLAS FIFE, M.D.; and HEATHER FIFE,<br><br>                     Defendants. | CASE NO. 2:17-cv-02191-JCM-DJA<br><br>**STIPULATION AND ORDER TO EXTEND TIME FOR PLAINTIFF TO REPLY TO DEFENDANT'S OPPOSITION PLAINTIFF'S MOTION FOR LEAVE TO FILE SECOND AMENDED COMPLAINT**<br><br>**(First Request)** |

The parties, by and through their respective counsel, hereby stipulate to extend the time for Plaintiff to reply to Defendants' OPPOSITION TO PLAINTIFF'S MOTION FOR LEAVE TO FILE SECOND AMENDED COMPLAINT (ECF No. 54) from the current due date of Thursday, August 5, 2021 through and including **_Thursday, August 12, 2021_**.

This is the first request for an extension of this deadline.  The parties provide the following information to the Court regarding the proposed extension of time:

    1. Plaintiff's counsel has been delayed in completing work over the past several weeks due to illness in his family that he has been required to attend to.  He has informed Defendants' Counsel of the details of this and

the parties agree to a one week extension of the Plaintiff's deadline to file a Reply to the Opposition.

2. There are no other deadlines or proceedings with which this extension would interfere.

This stipulation to extend the deadline is made in good faith and not for purposes of delay.

DATED this 5th day of August, 2021.                    DATED this 5th day of August, 2021.

   /s/ P. Swen Prior                                          /s/ James P. Kemp
P. SWEN PRIOR, ESQ.                                    JAMES P. KEMP, ESQ.
SNELL & WILMER                                         KEMP & KEMP, Attorneys at Law
3883 Howard Hughes Pkwy., #1100                        7435 W. Azure Drive, Suite 110
Las Vegas, NV 89169                                    Las Vegas, NV 89130
Attorney for Defendants                                Attorney for Plaintiff

**ORDER**

IT IS SO ORDERED:

*/s/ Elayna J. Youchah*
UNITED STATES MAGISTRATE JUDGE

DATED: August 5, 2021