Paul Swenson Prior, Esq.
Nevada Bar No. 9324
Hayley J. Cummings, Esq.
Nevada Bar No. 14858
SNELL & WILMER L.L.P.
3883 Howard Hughes Parkway, Suite 1100
Las Vegas, NV 89169
Telephone: (702) 784-5200
Facsimile:  (702) 784-5252
Email: sprior@swlaw.com
       hcummings@swlaw.com

*Attorneys for Defendant Vivida Dermatology f/k/a Fife Dermatology, PC d/b/a Surgical Dermatology & Laser Center, Douglas Fife, M.D., and Heather Fife*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| THOMAS MOONEY,<br><br>　　　　Plaintiff,<br><br>v.<br><br>FIFE DERMATOLOGY, PC, d/b/a SURGICAL DERMATOLOGY & LASER CENTER, DOUGLAS FIFE, M.D., and HEATHER FIFE,<br><br>　　　　Defendants. | Case No. 2:17-cv-02191-JCM-EJY<br><br>**STIPULATION TO EXTEND DEADLINE TO RESPOND TO PLAINTIFF'S SECOND AMENDED COMPLAINT [ECF NO. 63]**<br><br>**(FIRST REQUEST)** |

　　　　Pursuant to LR IA 6-1, LR IA 6-2, and LR 7-1, Defendants Vivida Dermatology f/k/a Fife Dermatology, PC d/b/a Surgical Dermatology & Laser Center ("Vivida"), Douglas Fife, M.D. ("Dr. Fife"), and Heather Fife (collectively, "Defendants"), by and through their counsel, Snell & Wilmer L.L.P., and Plaintiff Thomas Mooney ("Plaintiff"), by and through his counsel, James P. Kemp, Esq., submit this Stipulation and Proposed Order, based on the following:

/ / /

/ / /

/ / /

/ / /

1. On December 22, 2021, the Court granted in part and denied in part Plaintiff's Motion for Leave to File Second Amended Complaint [ECF No. 53], and the Court then instructed the Clerk of the Court to detach and separately file Plaintiff's Second Amended Complaint. *See* Order, ECF No. 62.

2. That same day, December 22, 2021, the Clerk of the Court filed Plaintiff's Second Amended Complaint against Defendants. *See* ECF No. 63.

3. The Court further ordered that Plaintiff had 90 days (or until March 22, 2022) to serve his Second Amended Complaint [ECF No. 63] on all remaining parties in this matter. *See* ECF No. 62.

4. On December 29, 2021, counsel for Vivida entered a notice of appearance with respect to Dr. Fife and Heather Fife. *See* ECF No. 65. Defendants then filed a Notice of Acceptance of Service with respect to Plaintiff's Second Amended Complaint. *See* ECF No. 66 (also filed December 29, 2021).

5. Calculating from the Clerk's December 22, 2021 filing of Plaintiff's Second Amended Complaint, Vivida's response is due Wednesday, January 5, 2021. *See* FRCP 15(a)(3). However, with respect to Defendants Dr. Fife and Heather Fife, when calculating from the date of the Notice of Acceptance of Service, Dr. Fife's and Heather Fife's responses are due Wednesday, January 12, 2022.

6. Defendants have requested that the deadline for all Defendants (*i.e.*, Vivida, Dr. Fife, and Heather Fife) to file an answer to Plaintiff's Second Amended Complaint be Wednesday, January 12, 2022.

7. This request for an extension with respect to Vivida is not intended to cause any delay or prejudice to any party. The reason for this request is to provide all Defendants sufficient time to jointly evaluate and jointly respond to the allegations set forth in the Second Amended Complaint, and to account for varying schedules due to pre-arranged plans for the holidays, which directly followed the filing of Plaintiff's Second Amended Complaint.

/ / /

/ / /

IT IS HEREBY STIPULATED AND AGREED by and between the Parties that the deadline for all Defendants (*i.e.*, Vivida, Dr. Fife, and Heather Fife) to file an answer to Plaintiff's Second Amended Complaint shall be Wednesday, January 12, 2022.

**IT IS SO STIPULATED**.

Dated: January 5, 2022

KEMP & KEMP

 /s/ James P. Kemp
James P. Kemp, Esq.
Nevada Bar No. 6375
7435 W. Azure Drive, Ste 110
Las Vegas, Nevada 89130

*Attorneys for Plaintiff Thomas Mooney*

Dated: January 5, 2022

SNELL & WILMER L.L.P.

 /s/ Paul Swenson Prior
Paul Swenson Prior
Nevada Bar No. 9324
Hayley J. Cummings, Esq.
Nevada Bar No. 14858
3883 Howard Hughes Parkway, Suite 1100
Las Vegas, NV 89169

*Attorneys for Defendant Vivida Dermatology f/k/a Fife Dermatology, PC d/b/a Surgical Dermatology & Laser Center, Douglas Fife, M.D., and Heather Fife*

**IT IS SO ORDERED.**

_____
UNITED STATES MAGISTRATE JUDGE

DATED: January 5, 2022