JAMES P. KEMP, ESQUIRE
Nevada Bar No. 006375
KEMP & KEMP, ATTORNEYS AT LAW
7435 W. Azure Drive, Suite 110,
Las Vegas, NV  89130
(702) 258-1183 tel./(702) 258-6983 fax
jp@kemp-attorneys.com
Attorney for Plaintiff Thomas Mooney

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| THOMAS MOONEY,<br><br>　　　　　　Plaintiff,<br><br>v.<br><br>FIFE DERMATOLOGY, PC, d/b/a SURGICAL DERMATOLOGY & LASER CENTER; DOUGLAS FIFE, M.D.; and HEATHER FIFE,<br><br>　　　　　　Defendants.<br>. | CASE NO. 2:17-cv-02191-JCM-DJA<br><br>**STIPULATION AND ORDER TO EXTEND TIME FOR PLAINTIFF TO RESPOND TO DEFENDANTS' MOTION FOR SUMMARY JUDGMENT**<br><br>**(First Request)** |

　　　　The parties, by and through their respective counsel, hereby stipulate to extend the time for Plaintiff to respond to Defendants' MOTION FOR SUMMARY JUDGMENTOPPOSITION TO PLAINTIFF'S MOTION FOR LEAVE TO FILE SECOND AMENDED COMPLAINT (ECF No. 71) from the current due date of Friday, March 4, 2022 through and including ***Monday, March 28, 2022***.

　　　　This is the first request for an extension of this deadline.  The parties provide the following information to the Court regarding the proposed extension of time:

　　　　1. Plaintiff's counsel has been delayed in completing work over the past several weeks due to a busy litigation calendar.  Plaintiff's counsel was out

1

of state when the Motion was filed and did not return until February 14, 2022. On February 14, 2022 Plaintiff's counsel had oral argument before the Ninth Circuit Court of Appeals. That same day after that argument Plaintiff's counsel travelled to Elko, Nevada for six (6) depositions over three days from February 15-17, 2022. The following week was a short week due to President's Day. Plaintiff's counsel had an important deadline on February 22 in a discovery dispute before Magistrate Judge Denney and an all day mediation to prepare for and attend on February 24 with Retired Magistrate Judge Leen. Plaintiff's counsel then had to travel to Reno for an all day deposition on March 1 and all day depositions in Elko on March 2 and 3.

2. Plaintiff's counsel also will be leaving on March 4, 2022 for a long-planned two week cruise vacation where he and his wife are celebrating their 25th wedding anniversary. Plaintiff's counsel will have no time to work on the response to Defendants' comprehensive motion seeking summary judgment on all claims until at least March 21, 2022. That is why an extension to March 28, 2022 is being sought.

3. The Parties have further agreed to an extension to the Reply deadline for Defendants to April 18, 2022.

4. There are no other deadlines or proceedings with which this extension would interfere.

///

///

This stipulation to extend the Response and Reply deadlines on Defendants' Motion for Summary Judgment is made in good faith and not for purposes of delay.

DATED this 3rd day of March, 2022.                    DATED this 3rd day of March, 2022.

| ___/s/ Hayley Cummings___ | ___/s/ James P. Kemp___ |
|---|---|
| P. SWEN PRIOR, ESQ. | JAMES P. KEMP, ESQ. |
| HAYLEY CUMMINGS, ESQ, | Bar No. 6375 |
| SNELL & WILMER | KEMP & KEMP, Attorneys at Law |
| 3883 Howard Hughes Pkwy., #1100 | 7435 W. Azure Drive, Suite 110 |
| Las Vegas, NV 89169 | Las Vegas, NV 89130 |
| Attorney for Defendants | Attorney for Plaintiff |

**ORDER**

IT IS SO ORDERED:

_____
UNITED STATES DISTRICT JUDGE

DATED: March 4, 2022

3