JAMES P. KEMP, ESQUIRE
Nevada Bar No. 006375
KEMP & KEMP, ATTORNEYS AT LAW
7435 W. Azure Drive, Suite 110,
Las Vegas, NV  89130
(702) 258-1183 tel./(702) 258-6983 fax
jp@kemp-attorneys.com
Attorney for Plaintiff Thomas Mooney

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

THOMAS MOONEY,

              Plaintiff,

   v.

FIFE DERMATOLOGY, PC, d/b/a
SURGICAL DERMATOLOGY & LASER
CENTER; DOUGLAS FIFE, M.D.; and
HEATHER FIFE,

              Defendants.
              .

CASE NO. 2:17-cv-02191-JCM-DJA

**STIPULATION AND ORDER TO
EXTEND TIME FOR PLAINTIFF TO
RESPOND TO DEFENDANTS' MOTION
FOR ATTORNEY FEES**

**(First Request)**

KEMP & KEMP
ATTORNEYS AT LAW
7435 W. Azure Drive, Suite 110
LAS VEGAS, NEVADA 89130
Tel. (702) 258-1183 • Fax (702) 258-6983

      The parties, pursuant to LR IA 6-1, by and through their respective counsel, hereby

stipulate to extend the time for Plaintiff to respond to Defendants' MOTION FOR ATTORNEY

FEES (ECF No. 90) from the current due date of Monday September 26, 2022 through and

including **_Monday, October 10, 2022_**. The Parties further stipulate that Defendants shall have up

to and including **_Friday, October 28, 2022_** to file their reply in support of Defendants' MOTION

FOR ATTORNEY FEES (ECF No. 90).

      This is the first request for an extension of this deadline.  The parties provide the

following information to the Court regarding the proposed extension of time:

      The parties request approval of this stipulation by the court for the following reasons:

1. Plaintiff's counsel, Mr. Kemp, was on vacation out of the country on a long-planned cruise from September 1, 2022 through September 16, 2022 which prevented him from devoting the necessary time to work on this matter until he returned to the office on September 19, 2022;

2. Plaintiff's counsel, Mr. Kemp, also has to travel to Tonopah, Nevada and Denver, Colorado for depositions in other matters on September 26 and September 28.  He then has a CLE conference at the Nevada Justice Association annual convention in Denver the remainder of next week;

3. The Parties have further agreed to extend the time for Defendants' Reply to **Friday, October 28, 2022** to account for time-intensive obligations in other matters, including, but not limited to, preparing for and assisting with Day Four of a continued evidentiary hearing set for October 26, 2022 in Case No. 2:20-cv-00406-RFB-BNW.

4. There are no other deadlines or proceedings with which this extension would interfere.

///

///

///

///

///

///

///

///

///

///

**KEMP & KEMP**
ATTORNEYS AT LAW
7435 W. Azure Drive, Suite 110
LAS VEGAS, NEVADA 89130
Tel. (702) 258-1183 • Fax (702) 258-6983

This stipulation to extend the Response *and* Reply deadlines on Defendants' Motion for Attorney Fees (ECF No. 90) (to Monday, October 10, 2022 and Friday, October 28, 2022, respectively) is brought in good faith and not for purposes of delay.

DATED this 26th day of September, 2022.          DATED this 26th day of September, 2022.


    /s/ Hayley Cummings                                    /s/ James P. Kemp
P. SWEN PRIOR, ESQ.                          JAMES P. KEMP, ESQ.
HAYLEY CUMMINGS, ESQ,                         Bar No. 6375
SNELL & WILMER                               KEMP & KEMP, Attorneys at Law
3883 Howard Hughes Pkwy., #1100              7435 W. Azure Drive, Suite 110
Las Vegas, NV 89169                          Las Vegas, NV 89130
Attorney for Defendants                      Attorney for Plaintiff


**ORDER**

        IT IS SO ORDERED:

                          _____
                          UNITED STATES DISTRICT JUDGE

                          DATED: September 26, 2022
                                 _____