AO450 (NVD Rev. 2/18) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

THOMAS MOONEY et al

                Plaintiffs,

v.

FIFE DERMATOLOGY, PC, d/b/a
SURGICAL DERMATOLOGY et al

                Defendants.

JUDGMENT IN A CIVIL CASE

Case Number: 2:17-CV-2191 JCM (EJY)

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☐ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

☒ **Decision by Court.** This action came for consideration before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that judgment on attorney fees is hereby entered in favor of Defendants against Plaintiffs.

1/18/2023
Date

DEBRA K. KEMPI
Clerk

/s/ J. Callo
Deputy Clerk