Paul Swenson Prior, Esq.
Nevada Bar No. 9324
Hayley J. Cummings, Esq.
Nevada Bar No. 14858
SNELL & WILMER L.L.P.
3883 Howard Hughes Parkway, Suite 1100
Las Vegas, NV 89169
Telephone: (702) 784-5200
Facsimile:  (702) 784-5252
Email: sprior@swlaw.com
         hcummings@swlaw.com

*Attorneys for Defendant Vivida Dermatology f/k/a Fife Dermatology, PC d/b/a Surgical Dermatology & Laser Center, Douglas Fife, M.D., and Heather Fife*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| THOMAS MOONEY,<br><br>    Plaintiff,<br><br>v.<br><br>FIFE DERMATOLOGY, PC, d/b/a SURGICAL DERMATOLOGY & LASER CENTER, DOUGLAS FIFE, M.D., and HEATHER FIFE,<br><br>    Defendants. | Case No. 2:17-cv-02191-JCM-EJY<br><br>**ORDER FOR JUDGMENT AWARDING DEFENDANTS' ATTORNEYS' FEES AND COSTS** |

This matter having come before the Court on Defendants Vivida Dermatology f/k/a Fife Dermatology, PC d/b/a Surgical Dermatology & Laser Center ("Vivida" or the "Practice"), Douglas Fife, M.D. ("Dr. Fife"), and Heather Fife's (collectively, "Defendants") Motion for Attorneys' Fees (the "Motion for Attorneys' Fees") [ECF No. 90]; the Court having considered the issues in the Motion, Plaintiff Thomas Mooney's ("Plaintiff") Response [ECF No. 93], and Defendants' Reply in Support of the Motion [ECF No. 94]; the Order granting Defendants' Motion for Attorneys' Fees having been entered in this matter on January 13, 2023 [ECF No. 96]; Taxation of Costs having been entered by the Clerk of the Court in this matter on November 8, 2022 [ECF No. 95]; and good cause appearing , the Court hereby enters judgment as follows:

///

1    **IT IS HEREBY ORDERED, ADJUDGED, AND DECREED** that Defendants' Motion for Attorneys' Fees is **GRANTED** and Defendants are entitled to an award of reasonable attorneys' fees in the amount of $107,915.00 as set forth in the Court's underlying Order [ECF No. 96];

**IT IS FURTHER ORDERED** that Defendants are entitled to $4,605.25 in costs as set forth in the Taxation of Costs entered by the Clerk of the Court [ECF No. 95];

**IT IS FURTHER ORDERED** that Defendants are entitled to a total award of $112.520.25, which encompasses Defendants' attorneys' fees of $107,915.00 and costs of $4,605.25 as set forth above. Accordingly, the Clerk of the Court is instructed to enter judgment awarding Defendants $112.520.25 in attorneys' fees and costs against Plaintiff.

**IT IS SO ORDERED**.

DATED this 30th day of January, 2023.

_____
UNITED STATES DISTRICT JUDGE

Respectfully submitted by:

SNELL & WILMER L.L.P.

 /s/ Paul Swenson Prior
Paul Swenson Prior, Esq.
Nevada Bar No. 9324
Hayley J. Cummings, Esq.
Nevada Bar No. 14858
3883 Howard Hughes Parkway, Suite 1100
Las Vegas, NV 89169

*Attorneys for Defendants Vivida Dermatology f/k/a Fife Dermatology, PC d/b/a Surgical Dermatology & Laser Center, Douglas Fife, M.D., and Heather Fife*