AO450 (NVD Rev. 2/18)  Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
### DISTRICT OF NEVADA

THOMAS MOONEY,

          Plaintiff,

v.

Fife Dermatology PC et al

          Defendants.

JUDGMENT IN A CIVIL CASE

Case Number: 2:17-cv-02191-JCM-EJY

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☐ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

☒ **Decision by Court.** This action came for consideration before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that judgment is hereby entered in favor of Defendants $112.520.25 in attorneys' fees and costs against Plaintiff.

1/30/2023  
Date

DEBRA K. KEMPI  
Clerk

/s/ J. Callo  
Deputy Clerk