UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| UNITED STATES OF AMERICA and THE STATE OF NEVADA *ex rel.* THOMAS MOONEY, and THOMAS MOONEY, INDIVIDUALLY,<br><br>Plaintiff(s),<br><br>v.<br><br>FIFE DERMATOLOGY, PC, d/b/a SURGICAL DERMATOLOGY & LASER CENTER, et al,,<br><br>Defendant(s). | Case No. 2:17-CV-2191 JCM (EJY)<br><br>ORDER ON MANDATE |

On August 29, 2022, this court granted Vivida Dermatology, Douglas Fife, M.D., and Heather Fife's (collectively, "defendants") motion for summary judgment, and entered judgment accordingly. (ECF Nos. 85; 86). On January 30, 2023, this court granted defendants' motion for attorney's fees and entered judgment accordingly. (ECF Nos. 100; 101).

Plaintiff Thomas Mooney appealed both orders and judgments. (ECF Nos. 87; 102). The Ninth Circuit reversed this court's order granting defendants' motion for summary judgment. (ECF No. 104). Moreover, the Ninth Circuit vacated this court's order granting defendants' motion for attorney's fees. (*Id.*). The court's mandate issued on October 23, 2024. (ECF No. 105). On January 27, 2025, Magistrate Judge Elayna Youchah set a settlement conference for April 3, 2025. (ECF No. 108).

Accordingly,

IT IS HEREBY ORDERED, ADJUDGED, and DECREED that the mandate be spread upon the records of this court.

**James C. Mahan**
**U.S. District Judge**

1  IT IS FURTHER ORDERED that this court's order granting defendant's motion for summary judgment (ECF No. 85), and the judgment (ECF No. 86), be, and the same hereby are, VACATED.

IT IS FURTHER ORDERED that this court's order granting defendant's motion for attorney's fees (ECF No. 100), and the judgment (ECF No. 101), be, and the same hereby are, VACATED.

IT IS FURTHER ORDERED that the parties shall file a status report within fourteen (14) days after the settlement conference, informing the court whether the parties have reached a settlement.

DATED February 24, 2025.

_____
UNITED STATES DISTRICT JUDGE

**James C. Mahan**
**U.S. District Judge**

- 2 -