1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**SBT**
DIONE C. WRENN, ESQ.
Nevada Bar No. 13285
**GORDON REES SCULLY MANSUKHANI, LLP**
300 South 4th Street, Suite 1550
Las Vegas, Nevada 89101
Telephone:  (702) 577-9300
Direct Line: (702) 577-9304
Facsimile:  (702) 255-2858
E-Mail:  dwrenn@grsm.com

*Attorneys for Defendants,*
*FIFE DERMATOLOGY, PC D/B/A SURGICAL DERMATOLOGY & LASER CENTER,*
*DOUGLAS FIFE, M.D., and HEATHER FIFE*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| THOMAS MOONEY, individually, | CASE NO.  2:17-cv-02191-JCM-CWH |
| Plaintiffs, | |
| v. | **SUBSTITUTION OF ATTORNEY** |
| FIFE DERMATOLOGY, P.C., d/b/a SURGICAL DERMATOLOGY & LASER CENTER, DOUGLAS FIFE, M.D., and HEATHER FIFE, | |
| Defendants. | |

///
///
///
///
///
///
///
///
///
///

*(Sidebar, rotated text):* Gordon Rees Scully Mansukhani, LLP
300 S. 4th Street, Suite 1550
Las Vegas, NV 89101

-1-

**Gordon Rees Scully Mansukhani, LLP**
**300 S. 4th Street, Suite 1550**
**Las Vegas, NV 89101**

## SUBSTITUTION OF ATTORNEY

Defendants Vivida Dermatology f/k/a Fife Dermatology, PC d/b/a Surgical Dermatology & Laser Center ("Vivida" or the "Practice"), Douglas Fife, M.D. ("Dr. Fife"), and Heather Fife (collectively, "Defendants"), hereby substitutes Dione C. Wrenn, Esq. of the law firm GORDON REES SCULLY MANSUKHANI LLP, as attorney of record, in place and stead of Paul Swenson Prior, Esq., and Hayley J. Cummings, Esq., of the law firm SNELL & WILMER, LLP.

**VIVIDA DERMATOLOGY f/k/a FIFE**              **DOUGLAS FIFE, M.D.**
**DERMATOLOGY, PC d/b/a SURGICAL**
**DERMATOLOGY & LASER CENTER**

Signed by:

*Michael Gardineer*

By: Michael Gardineer

Its: Executive Director

**HEATHER FIFE**

DocuSigned by:



SNELL & WILMER, LLP, hereby agrees and consents to the substitution of Dione C. Wrenn, Esq. of the law firm Gordon Rees Scully Mansukhani LLP, as attorney for Defendants.

DATED this 24th day of March 2025.

**SNELL & WILMER, LLP**

*/s/ Paul Swenson Prior*

PAUL SWENSON PRIOR, ESQ.
Nevada Bar No. 9324
HAYLEY J. CUMMINGS, ESQ.
Nevada Bar No. 14858
3883 Howard Hughes Parkway, Suite 1100
Las Vegas, Nevada 89169
***Attorneys for Defendants,***
***FIFE DERMATOLOGY, PC, d/b/a***
***SURGICAL DERMATOLOGY & LASER***
***CENTER, DOUGLAS FIFE, M.D., and***
***HEATHER FIFE***

1    Dione C. Wrenn, Esq. of the law firm Gordon Rees Scully Mansukhani LLP hereby

2  accepts the substitution of attorney of record for Defendants in this action.

3    DATED this 24th day of March 2025

4                                         **GORDON REES SCULLY**
                                          **MANSUKHANI, LLP**
5

6                                         */s/ Dione C. Wrenn*
                                          DIONE C. WRENN, ESQ.
7                                         Nevada Bar No. 13285
                                          300 South 4th Street, Suite 1550
8                                         Las Vegas, Nevada 89101
                                          ***Attorneys for Defendants,***
9                                         ***FIFE DERMATOLOGY, PC, d/b/a***
                                          ***SURGICAL DERMATOLOGY & LASER***
10                                        ***CENTER, DOUGLAS FIFE, M.D., and***
                                          ***HEATHER FIFE***
11

12

13  Please check one _X__ RETAINED, or ___ APPOINTED BY THE COURT.

14

15                                        IT IS SO ORDERED

16

17

18  DATED:  March 24, 2025           _____
                                      UNITED STATES MAGISTRATE JUDGE
19

20

21

22

23

24

25

26

27

28

*Gordon Rees Scully Mansukhani, LLP*
*300 S. 4th Street, Suite 1550*
*Las Vegas, NV 89101*

-3-